# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  GARY L. DIETZ & SHERRI L. DIETZ          Case Number: 04-75964
325 RIVER LANE                                   SSN-xxx-xx-8050 & xxx-xx-7427
LOVES PARK, IL  61111

Case filed on: 12/2/2004
Plan Confirmed on: 2/4/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $56,686.05     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | OPTION ONE MORTGAGE CORPORATION | 0.00 | 0.00 | 39,150.59 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 39,150.59 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 005 | WORLDWIDE ASSET PURCHASING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | GUYER & ENICHEN | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | JOHN F. MITCHELL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | GARY L. DIETZ | 0.00 | 0.00 | 1,427.05 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,427.05 | 0.00 |
| 001 | AMCORE BANK NA | 3,640.20 | 3,640.20 | 3,640.20 | 237.67 |
| 014 | OPTION ONE MORTGAGE CORPORATION | 932.30 | 932.30 | 932.30 | 0.00 |
|  | Total Secured | 4,572.50 | 4,572.50 | 4,572.50 | 237.67 |
| 001 | AMCORE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CARD PROCESSING CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | DIRECT MERCHANTS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 1,661.18 | 1,661.18 | 950.26 | 0.00 |
| 008 | KENNETH M. LUTSCH D.D.S. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 1,024.46 | 1,024.46 | 586.03 | 0.00 |
| 010 | ALLIED BUSINESS ACCOUNTS INC | 1,992.75 | 1,992.75 | 1,139.93 | 0.00 |
| 012 | UNIVERSITY OF WISCONSIN HOSP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | UW HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ROUNDUP FUNDING LLC | 8,596.62 | 8,596.62 | 4,917.59 | 0.00 |
|  | Total Unsecured | 13,275.01 | 13,275.01 | 7,593.81 | 0.00 |
|  | Grand Total: | 20,547.51 | 20,547.51 | 55,443.95 | 237.67 |

Total Paid Claimant:     $55,681.62
Trustee Allowance:       $1,004.43
Percent Paid Unsecured:      57.20

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 05/14/2008          By  /s/Heather M. Fagan